UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LATCHMIE TOOLASPRASHAD,

    Petitioner,

    -v-

TODD L. TRYON, Assistant Field Officer Director,

    Respondent.

13-CV-0713Sc
ORDER

---

Petitioner had notified the Court, prior to his removal from the United States, *see Toolasprashad v. Tryon*, 12-CV-0734Sc, Docket No. 21, Order (W.D.N.Y., September 18, 2013), that he wished to withdraw this petition filed pursuant to 28 U.S.C. § 2241. This petition, like many others filed by petitioner in this Court since 2011, during petitioner's detention pending removal at the Buffalo Federal Detention Facility, sought, at least in part, petitioner's release and relief from a final order of removal. Petitioner has since been removed. *Id.* Because no answer or motion for summary judgment has been filed by any adverse party, the request for withdrawal must be treated as a voluntary withdrawal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The petition is hereby dismissed.

    SO ORDERED.

DATED: 9/25, 2013
Buffalo, New York

_____
JOHN T. CURTIN
United States District Judge